AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Allan Barreda, and all other Plaintiffs similarly situated known and unknown

V.

Prospect Airport Services, Inc.

CASE NUMBER: 08CV 3239

ASSIGNED JUDGE: JUDGE KENNELLY

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE NOLAN

TO: (Name and address of Defendant)

Prospect Airport Services, Inc.
c/o Pedersen & Houpt a Profession - Registered Agent
161 N Clark St., Ste. 3100
Chicago, IL 60601

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Marc J. Siegel
Caffarelli & Siegel Ltd.
Two Prudential Plaza
180 N. Stetson Ave., Ste. 3150
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_(signature)_
**(By) DEPUTY CLERK**

June 4, 2008
Date

IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Allan Barreda, and all other Plaintiff's similarly situated known and unknown<br><br>vs.<br><br>Prospect Airport Services, Inc. | Case Number   08 CV 3239 |

## AFFIDAVIT OF SERVICE

I, Ryan Gatz, being first duly sworn on oath deposes and states that I am over the age of 18 years and not a party to this action, and on the 05 day of June, 2008, at 02:15 PM at 161 N. Clark St. #3100, Chicago, IL 60601, did serve the following document(s):

**Summons and Complaint**

Upon: **Prospect Services, Inc. c/o Pedersen & Houpt**

By:  ☑ Personally serving to:   Arhtur Holtzman-Agent

☐ leaving copies at the usual place of abode with:

a member of the household 13 years or upwards and informed that person of the contents thereof

☐ by mailing copies of said document(s) in a sealed envelope with postage fully prepaid to the defendant:

at 161 N. Clark St. #3100, Chicago, IL 60601 on

| Description: | Sex | **Male** | Race | **White** | Approximate Age | **55** |
|---|---|---|---|---|---|---|
| | Height | **5'8** | Weight | **200** | Hair Color | **Gray** |

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct.

Further the Affiant Sayeth Naught:

_____
Ryan Gatz
United Processing, Inc.
55 West Wacker Drive, 9th Floor
Chicago, IL  60601
IL License #117-001101