IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **ALLAN BARREDA**, and all other Plaintiffs similarly situated known and unknown, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| v. | ) ) | File No. 1:08-cv-3239 |
| **PROSPECT AIRPORT SERVICES, INC.**, | ) ) | **Hon. Judge Kennelly** |
| Defendant. | ) ) | |

## NOTICE OF FILING

**TO:**   All Parties of Record

PLEASE TAKE NOTICE that on **Monday, June 16, 2008**, I caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **APPEARANCE OF ARTHUR M. HOLTZMAN**, a copy of which is served upon you.


PEDERSEN & HOUPT, P.C.

BY: /s/: Arthur M. Holtzman
Attorney for Defendant

PEDERSEN & HOUPT
161 North Clark Street, Suite 3100
Chicago, IL  60601
(312) 261-2111

481797.1

## CERTIFICATE OF SERVICE

  Arthur M. Holtzman, an attorney, states that he served a copy of the foregoing **APPEARANCE OF ARTHUR M. HOLTZMAN**, upon the following counsel of record:

**Bradley S Manewith**
b.manewith@caffarelli.com

**Marc J. Siegel**
m.siegel@caffarelli.com


via electronic mail, on this the 16th day of June 2008.


                By: /s/ Arthur M. Holtzman
                   Arthur M. Holtzman

481797.1

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08-cv-3239 |

Allan Barreda

v.

Prospect Airport Services, Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Prospect Airport Services, Inc.

| |
|---|
| NAME (Type or print) |
| Arthur M. Holtzman |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/Arthur M. Holtzman |
| FIRM |
| Pedersen & Houpt, P.C. |
| STREET ADDRESS |
| 161 N. Clark St., Suite 3100 |
| CITY/STATE/ZIP |
| Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 1252844 | 312-261-2111 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL X     APPOINTED COUNSEL ☐