IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **ALLAN BARREDA**, and all other Plaintiffs similary situated known and unknown, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| v. | ) ) | File No. 1:08-cv-3239 |
| **PROSPECT AIRPORT SERVICES, INC.**, | ) ) | **Hon. Judge Kennelly** |
| Defendant. | ) ) | |

## NOTICE OF FILING

**TO:**   All Parties of Record

PLEASE TAKE NOTICE that on **Monday, June 16, 2008**, I caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **APPEARANCE OF LAUREN BLAIR**, a copy of which is served upon you.


                                                PEDERSEN & HOUPT, P.C.

                                                BY:   /s/: Lauren Blair
                                                Attorney for Defendant

PEDERSEN & HOUPT
161 North Clark Street, Suite 3100
Chicago, IL  60601
(312) 261-2111

481798.1

## CERTIFICATE OF SERVICE

   Lauren Blair, an attorney, states that he served a copy of the foregoing **APPEARANCE OF LAUREN BLAIR**, upon the following counsel of record:

**Bradley S Manewith**
b.manewith@caffarelli.com

**Marc J. Siegel**
m.siegel@caffarelli.com

via electronic mail, on this the 16th day of June 2008.


                By: /s/ Lauren Blair
                   Lauren Blair

481798.1

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number:    08-cv-3239

Allan Barreda

v.

Prospect Airport Services, Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

   Prospect Airport Services, Inc.

| | |
|---|---|
| NAME (Type or print) <br> Lauren Blair | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br>        s/Lauren Blair | |
| FIRM <br> Pedersen & Houpt, P.C. | |
| STREET ADDRESS <br> 161 N. Clark St., Suite 3100 | |
| CITY/STATE/ZIP <br> Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6224489 | TELEPHONE NUMBER <br> 312-261-2233 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?           YES ☐           NO X | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?         YES ☐           NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?           YES ☐ NO X | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES X   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL X       APPOINTED COUNSEL ☐ | |