## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3239 | **DATE** | 7/1/2008 |
| **CASE TITLE** | Barreda vs. Prospect Airport | | |

**DOCKET ENTRY TEXT**

Motion for extension of time is granted.  Time in which to nswer to the complaint is  extended to 7/18/2008.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | OR |
|---|---|---|