IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **ALLAN BARREDA**, and all other Plaintiffs similary situated known and unknown, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| v. | ) ) | File No. 1:08-cv-3239 |
| **PROSPECT AIRPORT SERVICES, INC.**, | ) ) | **Hon. Judge Kennelly** |
| Defendant. | ) ) | |

## NOTICE OF FILING

**TO:**   All Parties of Record

PLEASE TAKE NOTICE that on **Friday, July 25, 2008**, I caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **ANSWER TO FIRST AMENDED COMPLAINT AT LAW**, a copy of which is served upon you.

                                  Respectfully submitted,

                                  PROSPECT AIRPORT SERVICES, INC.

                        By:   /s/ Lauren Blair
                                  One of Its Attorneys

Arthur M. Holtzman (A.R.D.C. #1252844)
Lauren Blair (A.R.D.C. #6224489)
PEDERSEN & HOUPT
161 North Clark Street
Suite 3100
Chicago, Illinois  60601
(312) 641-6888

484159.1

## CERTIFICATE OF SERVICE

      Lauren Blair, an attorney, states that she served a copy of the foregoing **ANSWER TO FIRST AMENDED COMPLAINT AT LAW**, upon the following counsel of record:

**Bradley S Manewith**
b.manewith@caffarelli.com

**Marc J. Siegel**
m.siegel@caffarelli.com

via electronic mail, on this the 25th day of July 2008.


                                           By: /s/ Lauren Blair
                                                Lauren Blair