**IN THE UNITED STATE DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **ALLAN BARREDA**, and all other Plaintiffs similary situated known and unknown, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| v. | ) ) | File No. 1:08-cv-3239 |
| **PROSPECT AIRPORT SERVICES, INC.,** | ) ) | **Hon. Judge Kennelly** |
| Defendant. | ) ) | |

**NOTICE OF FILING**

**TO:**    All Parties of Record

PLEASE TAKE NOTICE that on **Friday, August 8, 2008**, I caused to be filed with the

Clerk of the United States District Court for the Northern District of Illinois, Eastern Division,

**DEFENDANT'S LOCAL RULE 56.1(a)(3) STATEMENT OF MATERIAL FACTS**

**AS TO WHICH THERE ARE NO GENUINE ISSUES**, a copy of which is served upon you.

Respectfully submitted,

PROSPECT AIRPORT SERVICES, INC.

By:    /s/ Lauren Blair
One of Its Attorneys

Arthur M. Holtzman (A.R.D.C. #1252844)
Lauren Blair (A.R.D.C. #6224489)
PEDERSEN & HOUPT
161 North Clark Street
Suite 3100
Chicago, Illinois  60601
(312) 641-6888

485061.1

## CERTIFICATE OF SERVICE

Lauren Blair, an attorney, states that she served a copy of the foregoing **DEFENDANT'S**

**LOCAL RULE 56.1(a)(3) STATEMENT OF MATERIAL FACTS AS TO WHICH**

**THERE ARE NO GENUINE ISSUES** upon the following counsel of record:


**Bradley S Manewith**
b.manewith@caffarelli.com


**Marc J. Siegel**
m.siegel@caffarelli.com


via electronic mail, on this the 8th day of August 2008.




By:  /s/ Lauren Blair                                    

485061.1