IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **ALLAN BARREDA**, and all other Plaintiffs similary situated known and unknown, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| v. | ) ) | File No. 1:08-cv-3239 |
| **PROSPECT AIRPORT SERVICES, INC.**, | ) ) | **Hon. Judge Kennelly** |
| Defendant. | ) ) | |

## NOTICE OF MOTION

**TO:**   All Parties of Record

PLEASE TAKE NOTICE that on August 20, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Matthew F. Kennelly or any judge sitting in his stead, in Courtroom 2103 of the Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and shall present Defendant's **MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF 15 PAGES *INSTANTER***, a copy of which is attached hereto and served upon you.

                                        PEDERSEN & HOUPT, P.C.

                                        BY:   /s/ Lauren Blair
                                              Attorney for Defendant

PEDERSEN & HOUPT
161 North Clark Street, Suite 3100
Chicago, IL   60601
(312) 261-2111

484960.1

## CERTIFICATE OF SERVICE

Lauren Blair, an attorney, states that she served a copy of the foregoing **MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF 15 PAGES *INSTANTER*** upon the following counsel of record:

**Bradley S Manewith**
b.manewith@caffarelli.com

**Marc J. Siegel**
m.siegel@caffarelli.com

via electronic mail, on this the 8th day of August 2008.

By: /s/ Lauren Blair

484960.1