# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ALLAN BARREDA, and all other Plaintiffs similarly situated known and unknown, | |
| Plaintiff, | No. 08 C 3239 |
| v. | Judge Kennelly<br>Magistrate Judge Nolan |
| PROSPECT AIRPORT SERVICES, INC., | |
| Defendant. | |

## NOTICE OF PLAINTIFF'S MOTION FOR LEAVE TO FILE
## SECOND AMENDED COMPLAINT INSTANTER

**PLEASE TAKE NOTICE** that on August 15, 2008, there was filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, Plaintiff's Motion for Leave to File Second Amended Complaint Instanter, copies of which are attached and hereby served upon you, and which will be brought before the Honorable Judge Kennelly, or any judge sitting in his stead, in the courtroom usually occupied by him in the U.S. District Courthouse, 219 S. Dearborn Street, Chicago, Illinois, on the 20th day of August, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard.

Respectfully submitted,

/s/ Marc J. Siegel
Attorney for Plaintiff

Marc J. Siegel, #06238100
Bradley Manewith, #06280535
Caffarelli & Siegel Ltd.
Two Prudential Plaza
180 N. Stetson Ave., Suite 3150
Chicago, IL  60601
Tel. (312) 540-1230
Fax (312) 540-1231

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that he caused a copy of the attached, Notice of Plaintiff's Motion for Leave to File Second Amended Complaint, to be served upon the party below by electronically filing with the Clerk of the U.S. District Court of the Northern District of Illinois on August 15, 2008.

Lauren Blair
Arthur M. Holtzman
Pedersen & Houpt
161 N. Clark St., Suite 3100
Chicago, IL  60601

Courtesy copies delivered to chambers of Judge Kennelly on the same day via hand delivery.

/s/ Marc J. Siegel
Marc J. Siegel
Caffarelli & Siegel Ltd.
Two Prudential Plaza
180 N. Stetson, Suite 3150
Chicago, IL 60601