## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3239 | **DATE** | 8/21/2008 |
| **CASE TITLE** | Barreda vs. Prospect Airport Servs., Inc. | | |

**DOCKET ENTRY TEXT**

The motions of Shannon Liss-Riordan and Hillary Schwab for leave to appear *pro hac vice* are granted [docket nos. 33, 34].

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|