## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3239 | **DATE** | 8/20/2008 |
| **CASE TITLE** | Barreda vs. Prospect | | |

**DOCKET ENTRY TEXT**

Motion to file document in excess of 15 pages is granted. Motion for leave to file second amended complaint is granted. Response to amended complaint due by 9/17/2008. Motion for summary judgment is moot. Plaintiff is to respond to interrogatories by 9/8/2008. Response to motion to send out class notice due by 9/15/2008. Reply brief by 9/25/2008. Ruling set for 9/30/2008 at 9:30 AM.

00:05

| | Courtroom Deputy Initials: | OR |
|---|---|---|