## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ALLAN BARREDA, BRIAN SCHALK, and all other Plaintiffs similarly situated known and unknown, | |
| Plaintiffs, | No. 08 C 3239 |
| v. | Judge Kennelly<br>Magistrate Judge Nolan |
| PROSPECT AIRPORT SERVICES, INC., | |
| Defendant. | |

### NOTICE OF FILING SECOND AMENDED COMPLAINT AT LAW

**PLEASE TAKE NOTICE** that on August 22, 2008, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, there was filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, Second Amended Complaint.

Dated: August 15, 2008                              Respectfully submitted,


Marc J. Siegel, #06238100                           ALLAN BARREDA, BRIAN SCHALK,
Bradley Manewith, #06280535                         and all other Plaintiffs similarly situated
Caffarelli & Siegel Ltd.                            known and unknown
Two Prudential Plaza
180 North Stetson Ste. 3150
Chicago, IL  60601                                  By: /s/ Marc Siegel
Tel. (312) 540-1230                                       Attorney for Plaintiffs
Fax (312) 540-1231

Shannon Liss-Riordan, BBO #640716
Hillary Schwab, BBO #666029
Pyle, Rome, Lichten, Ehrenberg
     & Liss-Riordan, P.C.
18 Tremont Street, 5th Floor
Boston, MA  02108
Tel. (617) 367-7200

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he caused a copy of the attached, Second Amended Complaint, to be served upon the party below by electronically filing with the Clerk of the U.S. District Court of the Northern District of Illinois on August 22, 2008.

Lauren Blair
Arthur M. Holtzman
Pedersen & Houpt
161 N. Clark St., Suite 3100
Chicago, IL  60601

Courtesy copies delivered to chambers of Judge Kennelly on the same day via hand delivery.

/s/ Marc Siegel
Marc Siegel
Caffarelli & Siegel Ltd.
Two Prudential Plaza
180 N. Stetson, Suite 3150
Chicago, IL 60601