# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| ALLAN BARREDA, BRIAN SCHALK, and all other Plaintiffs similarly situated known and unknown,<br><br>Plaintiffs,<br><br>v.<br><br>PROSPECT AIRPORT SERVICES, INC., et al.,<br><br>Defendants. | No. 08 C 3239<br><br>Judge Kennelly<br>Magistrate Judge Nolan |

## FINAL APPROVAL ORDER

Having considered the parties' proposed class action settlement in this case and determined that it is fair, reasonable, and adequate, the Court hereby certifies this case as a class action as to the state law claims and grants final approval of the class action settlement. The Court further orders the settlement funds to be distributed as set forth in the Parties' Joint Motion for Final Approval of Class Action Settlement and approves Plaintiffs' request to provide additional notice of the class action settlement, as set forth in the Parties' Joint Motion for Final Approval of Class Action Settlement.

ENTERED this 6th day of October, 2009.

_____
The Honorable Matthew F. Kennelly